448 A.2d 1184

Commonwealth v. Cizikas, Appellant.

Submitted December 5, 1980.   William E. Baldwin, for appellant;   Adam Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Order affirmed.

---

448 A.2d 1184

Commonwealth v. Dinkins, Appellant.

Submitted May 19, 1982.   Michael James Healey, for appellant;   Ken Benson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The judgment of sentence of the learned Allegheny County Common Pleas Court Judge Loran L. Lewis is affirmed.